**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA
CIVIL DIVISION**

EMMA II, LLC

          Plaintiff,

                                      CASE NO.:

v.

NATIONWIDE GENERAL INSURANCE
COMPANY

          Defendant.

_____/

**COMPLAINT FOR BREACH OF CONTRACT, AND DEMAND FOR JURY TRIAL**

Plaintiff, EMMA II, LLC (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, NATIONWIDE GENERAL INSURANCE COMPANY ("Defendant"), and states the following:

**JURISDICTION AND PARTIES**

1.      At all times material to this cause of action, Plaintiff, EMMA II, LLC, is a limited liability company that operates the property located at 6239 Edgewater Drive, Orlando, Florida 32810 ("Property").

2.      At all times material to this cause of action Defendant NATIONWIDE GENERAL INSURANCE COMPANY is a Florida corporation with its principal place of business located at One West Nationwide Blvd., Columbus, Ohio 43215.

3.      Venue is proper in this action pursuant to §47.011, Fla. Stat., because the property subject to this litigation is located in Orange County, Florida.

4.      This Court has jurisdiction over the subject matter and the parties because of the foregoing and because the matter in controversy exceeds the sum of $50,000.00, exclusive of court costs, prejudgment interest, and attorney's fees.

## GENERAL ALLEGATIONS

5. At all times material hereto, Plaintiff had an insurable interest in the real property located at 6239 Edgewater Drive, Orlando, Florida 32810.

6. At all times material hereto, Defendant is authorized to conduct business in the State of Florida and was engaged in the business of insurance in Orange County, Florida and throughout the State of Florida.

7. In consideration of the premiums paid to it by Plaintiff, Defendant issued a contract of insurance to Plaintiff, bearing policy number ABP BP013230264167 ("Policy"), which insured the property located at 6239 Edgewater Drive, Orlando, Florida 32810, with an effective policy period from February 26, 2024, through February 26, 2025.

8. Plaintiff has paid all premiums on said Policy, and the Policy was in full force and effect at all relevant times herein.

9. On or about July 14, 2024, Plaintiff suffered physical damage to the insured Property from a wind storm.

10. The damage to Plaintiff's Property was due to a covered peril, windstorm damage.

11. As soon as they were aware of a loss, Plaintiff timely reported the loss to Defendant in accordance with the terms of the Policy.

12. In response, Defendant issued claim number 206385-GQ to Plaintiff's loss and, dispatched an adjuster and engineer to inspect the commercial residential buildings for damage as a result of the loss.

13. The property was inspected by EFI Global Engineering.

14. Defendant issued a letter on or about February 7, 2025, denying the claim. *See* Exhibit A.

2

15. In Defendant's letter, they noted that EFI Global Engineering determined that roof had no wind damage.

16. Prior to the July 1, 2024, storm, Plaintiff did not have issues or damage to the property.

17. Plaintiff disagreed with Defendant's investigation and adjustment of its loss and retained LCG Public Adjusting to assist in the claim handling.

18. Public Adjuster Jason Leister of LCG Public Adjusting dispatched CFL Roofing, Inc. to inspect the property damage on or about January 21, 2025. CFL Roofing Group, Inc. estimated the cost to return the property to its preloss condition at $377,000. *See* Exhibit B.

19. Upon Defendant's request, Plaintiff has made the Property available for inspections and several inspections have taken place.

20. Plaintiff complied with all post-loss conditions and pursuant to Florida Statute § 627.70152, Plaintiff filed a Notice of Intent to Initiate Litigation and Pre-settlement Demand ("NOI").

21. Having reviewed, evaluated, and investigated the dispute stated in Plaintiff's NOI, Defendant did stood by denying the claim.

22. Though Plaintiff complied with all conditions precedent and Policy's Duties in the Event of Loss or Damage provision to obtain benefits under the Policy or Defendant waived such conditions precedent, Plaintiff continued to cooperate in good faith with Defendant in the investigation of its loss.

23. Plaintiff has complied with all prerequisites, whether conditions precedent, duties after loss, or otherwise, to receive benefits or proceeds under the Policy, and to maintain the instant suit.

24.     As a result of Defendant's failure to issue additional benefits under the Policy, Plaintiff has been forced to retain the undersigned attorneys and is obligated to pay a reasonable fee for their services.

25.     Plaintiff is entitled to payment from Defendant for attorney's fees, other fees, and costs, pursuant to section 627.428, Florida Statutes. Due to Defendant's breach of its insurance contract, Plaintiff is entitled to interest, at the statutory interest rate, per Florida Statute § 627.7013, from the date of entitlement until the full amount is paid.

**<u>BREACH OF CONTRACT</u>**

26.     Plaintiff re-alleges all allegations contained in paragraphs 1 through 25, as if fully stated herein and further allege the following:

27.     On or about July 14, 2024, the subject property, insured by the Defendant, suffered damages, and ensuing damages caused by a peril insured under the Policy.

28.     Plaintiff has complied with all conditions precedent to bringing all causes of action alleged in this Complaint or, the Defendant has waived or is estopped from asserting same.

29.     Defendant breached the Policy for the loss by failing to pay the full amount of the damages caused by the covered peril.

30.     Defendant has breached its insurance contract by failing to adequately & properly investigate, failing to adequately & properly adjust, and failing to pay all of the aforementioned benefits due and owing under the Policy.

31.     As a result of Defendant's breach of the Policy, Plaintiff has been monetarily damaged.

32.     As a result of Defendant's actions, Plaintiff has appropriately incurred and become obligated to pay attorney's fees and costs in prosecuting this claim for insurance coverage,

including the relief requested herein. Plaintiff is entitled to have Defendant reimburse said fees and costs pursuant to Fla. Stat. § 627.428.

WHEREFORE, Plaintiff, EMMA II, LLC, requests the entry of a Final Judgment against Defendant, NATIONWIDE GENERAL INSURANCE COMPANY, for an amount exceeding Fifty Thousand Dollars ($50,000.00), exclusive of pre-judgment interests, attorney fees and costs, to be determined at trial; interest; pre-judgment interest; attorney fees and costs; and all other relief deemed just and appropriate by this Court in favor of Plaintiff.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues triable as a matter of right by a jury.

**WHEREFORE**, Plaintiff requests that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that Plaintiff receive any and all damages at law to which it is justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That the Court take jurisdiction over the parties and subject matter of this action;

b. That the Court enter an Order for compensatory damages for breach of contract for all unpaid and/or underpaid bills in an amount to be determined at trial with interest on any overdue payment and costs;

c. That the Court enter an Order awarding Plaintiff's attorney's fees, prejudgment interest, and costs against Defendant pursuant to Florida Statutes and other relevant provisions of the law;

d. Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

*[signature follows on next page]*

Respectfully submitted this 3rd day November, 2025.

**MERLIN LAW GROUP**

_____
**F. TODD FREDERICK (FL Bar #117029)**
4887 Belfort Road, Ste. 200
Jacksonville, FL 32256
(904) 516-9493
*E-Mail for Electronic Service[1]:*
**tfrederick@merlinlawgroup.com**
**sstruck@merlinlawgroup.com**
*Attorneys for the Plaintiff*

---

[1] Plaintiff's designation of email address pursuant to Rule 2.516, Florida Rules of Judicial Administration.


Nationwide

PLAINTIFFS'
EXHIBIT

A

LCG Public Adjusting
Page 1 of 4

**Date prepared** February 7, 2025
**Claim number** 207385-GQ
**Policy number** ACP BP013230264167
**Questions?** Contact Claims Associate
Mark Oxenberg FL License #W525011
OXENBM1@nationwide.com
Phone 614-677-0185
Fax: 877-833-1785

LCG Public Adjusting
ATTN:  Jason Leister
450-1-6 SR 13 N
#305
St. Johns, FL  32259

## Claim details

Insurer:                Nationwide General Insurance Company
Policyholder:       Todd RAMBILAS
Claim number:    207385-GQ
Loss date:           July 14, 2024

Dear Mr. Leister,

We completed our review of this building loss reported to have occurred on July 14, 2024. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Nationwide General Insurance Company's opinion is this loss was caused by deterioration to the roof covering. We must respectfully advise you that your policy number ACP BP013230264167 does not provide coverage for this loss.

## About our decision

Our investigation indicates, through EFI GLobal engineering, that the roof has no wind damage.  The damage to the roof is age related deterioration consisting of a deteriorated roof coating, flaking of the roof coating and standing water.  Additionally deteriorated concrete tile have allowed water to enter the roof structure and rotted the underlaying roof sheathing.  The resulting damage to the interior ceiling tile is also excluded as the damage is not the result of a covered cause of loss to the exterior that created an opening for the water to enter.  The rotted sheathing is excluded as it is not from a specified cause of loss.  The deteriorated roof and resulting interior damages are not from a covered cause of loss, therefore no payments can be issued.

## Policy details

Your Businessowners policy states the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB0002 (ed. 01-18)

A. COVERAGES
We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.
3. COVERED CAUSES OF LOSS
This Coverage Form insures against direct physical loss unless the loss is:
a. Excluded in Section B. EXCLUSIONS;
b. Limited in paragraph A.4. LIMITATIONS in this section; or
c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

## 4. LIMITATIONS

a. We will not pay for loss of or damage to:

(6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether ' driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

## 5. ADDITIONAL COVERAGES

t. **Limited Coverage for Fungi, Wet Rot Or Dry Rot**

(1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

h. **Fungi, Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

2. We will not pay for loss or damage caused by or resulting from any of the following:

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(4) Settling, cracking, shrinking or expansion;

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause

**LCG Public Adjusting**
**Claim #** 207385-GQ
Page **3** of 4

of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    a. **Weather Conditions**

      Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

    c. **Negligent Work**

      Faulty, inadequate or defective:

        (1) Planning, zoning, development, surveying, siting;

        (2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

        (3) Materials used in repair, construction, renovation or remodeling; or

        (4) Maintenance;

      of part or all of any property on or off the described premises.

## E. PROPERTY LOSS CONDITIONS

    4. **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

      a. There has been full compliance with all of the terms of this insurance; and

      b. The action is brought within two year after the date on which the direct physical loss or damage occurred.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

    11. "**Fungi**" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    23. "**Specified Causes of Loss**" means the following:

    Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

      a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        (1) The cost of filling sinkholes; or

        (2) Sinking or collapse of land into manmade underground cavities.

      b. Falling objects does not include loss of or damage to:

        (1) Personal property in the open; or

        (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

      c. Water damage means:

        (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

        (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

      But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the

breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

The policy is modified as noted below:
FLORIDA AMENDATORY ENDORSEMENT PB9009 (ED. 12-22)
E. AMENDMENTS TO THE PROPERTY

7. Under Section E. PROPERTY LOSS CONDITIONS, 4. Legal Action Against Us, paragraph b. is replaced by the following:

b. Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 614-677-0185 or OXENBM1@nationwide.com.

Sincerely,

Mark Oxenberg FL License #W525011
Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068

cc
SATELLITE AGY NETWRK TAMPA BAY
Todd RAMBILAS

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

 Nationwide

| | |
|---|---|
| **Date prepared** | February 7, 2025 |
| **Claim number** | 207385-GQ |
| **Policy number** | ACP BP013230264167 |
| **Questions?** | Contact Claims Associate Mark Oxenberg FL License #W525011 OXENBM1@nationwide.com Phone 614-677-0185 |

SATELLITE AGY NETWRK TAMPA BAY
1 BEACH DR SE FL 2
ST PETERSBURG, FL  33701-3963

**OUR INSURED:**        Todd RAMBILAS
**OUR CLAIM NUMBER:**   207385-GQ
**CLAIMANT NAME:**      Todd RAMBILAS

You have been carbon copied on the attached document.

Nationwide General Insurance Company
Mark Oxenberg FL License #W525011
614-677-0185

P.O. Box 182068
Columbus, OH 43218-2068

 **Nationwide**

LCG Public Adjusting
Page **1** of 4

| | |
|---|---|
| **Date prepared** | February 7, 2025 |
| **Claim number** | 207385-GQ |
| **Policy number** | ACP BP013230264167 |
| **Questions?** | Contact Claims Associate<br>Mark Oxenberg FL License #W525011<br>OXENBM1@nationwide.com<br>Phone 614-677-0185<br>Fax: 877-833-1785 |

LCG Public Adjusting
ATTN: Jason Leister
450-1-6 SR 13 N
#305
St. Johns, FL  32259

## Claim details

| | |
|---|---|
| Insurer: | Nationwide General Insurance Company |
| Policyholder: | Todd RAMBILAS |
| Claim number: | 207385-GQ |
| Loss date: | July 14, 2024 |

Dear Mr. Leister,

We completed our review of this building loss reported to have occurred on July 14, 2024. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Nationwide General Insurance Company's opinion is this loss was caused by deterioration to the roof covering. We must respectfully advise you that your policy number ACP BP013230264167 does not provide coverage for this loss.

## About our decision

Our investigation indicates, through EFI GLobal engineering, that the roof has no wind damage.  The damage to the roof is age related deterioration consisting of a deteriorated roof coating, flaking of the roof coating and standing water.  Additionally deteriorated concrete tile have allowed water to enter the roof structure and rotted the underlaying roof sheathing.  The resulting damage to the interior ceiling tile is also excluded as the damage is not the result of a covered cause of loss to the exterior that created an opening for the water to enter.  The rotted sheathing is excluded as it is not from a specified cause of loss.  The deteriorated roof and resulting interior damages are not from a covered cause of loss, therefore no payments can be issued.

## Policy details

Your Businessowners policy states the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB0002 (ed. 01-18)

A. COVERAGES
   We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.
      3. COVERED CAUSES OF LOSS
         This Coverage Form insures against direct physical loss unless the loss is:
            a. Excluded in Section B. EXCLUSIONS;
            b. Limited in paragraph A.4. LIMITATIONS in this section; or
            c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

4. LIMITATIONS
    a. We will not pay for loss of or damage to:
        (6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether ' driven by wind or not, unless:
            (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
            (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

5. ADDITIONAL COVERAGES
    t. **Limited Coverage for Fungi, Wet Rot Or Dry Rot**
        (1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.
        (2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:
            (a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;
            (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and
            (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

B. EXCLUSIONS
    1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.
        h. **Fungi, Wet Rot Or Dry Rot**
        Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".
        This exclusion does not apply:
            (1) When "fungi", wet rot or dry rot result from fire or lightning; or
            (2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

    2. We will not pay for loss or damage caused by or resulting from any of the following:
        l. **Other Types Of Loss**
            (1) Wear and tear;
            (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
            (4) Settling, cracking, shrinking or expansion;

    3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause

of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    a. **Weather Conditions**

        Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

    c. **Negligent Work**

        Faulty, inadequate or defective:

            (1) Planning, zoning, development, surveying, siting;

            (2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

            (3) Materials used in repair, construction, renovation or remodeling; or

            (4) Maintenance;

        of part or all of any property on or off the described premises.

## E. PROPERTY LOSS CONDITIONS

    4. **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

        a. There has been full compliance with all of the terms of this insurance; and

        b. The action is brought within two year after the date on which the direct physical loss or damage occurred.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

    11. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    23. **"Specified Causes of Loss"** means the following:

    Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

        a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

            (1) The cost of filling sinkholes; or

            (2) Sinking or collapse of land into manmade underground cavities.

        b. Falling objects does not include loss of or damage to:

            (1) Personal property in the open; or

            (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

        c. Water damage means:

            (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

            (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

        But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the

breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

The policy is modified as noted below:
FLORIDA AMENDATORY ENDORSEMENT PB9009 (ED. 12-22)
E. AMENDMENTS TO THE PROPERTY
      7. Under Section E. PROPERTY LOSS CONDITIONS, 4. Legal Action Against Us, paragraph b. is replaced by the following:
           b. Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 614-677-0185 or OXENBM1@nationwide.com.

Sincerely,

Mark Oxenberg FL License #W525011
Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068

cc
SATELLITE AGY NETWRK TAMPA BAY
Todd RAMBILAS

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

 **Nationwide**

| | |
|---|---|
| **Date prepared** | February 7, 2025 |
| **Claim number** | 207385-GQ |
| **Policy number** | ACP BP013230264167 |
| **Questions?** | Contact Claims Associate |
| | Mark Oxenberg FL License #W525011 |
| | OXENBM1@nationwide.com |
| | Phone 614-677-0185 |

Todd RAMBILAS
10905 SAVONA WAY
Orlando, FL  32827-7272

**OUR INSURED:**          Todd RAMBILAS
**OUR CLAIM NUMBER:**     207385-GQ
**CLAIMANT NAME:**        Todd RAMBILAS

You have been carbon copied on the attached document.

Nationwide General Insurance Company
Mark Oxenberg FL License #W525011
614-677-0185

P.O. Box 182068
Columbus, OH 43218-2068

Claims cc2 - recipient cover page (09-21)

 **Nationwide**

LCG Public Adjusting
Page 1 of 4

**Date prepared**  February 7, 2025
**Claim number**  207385-GQ
**Policy number**  ACP BP013230264167
**Questions?**  Contact Claims Associate
Mark Oxenberg FL License #W525011
OXENBM1@nationwide.com
Phone 614-677-0185
Fax: 877-833-1785

LCG Public Adjusting
ATTN:  Jason Leister
450-1-6 SR 13 N
#305
St. Johns, FL  32259

## Claim details

Insurer:               Nationwide General Insurance Company
Policyholder:      Todd RAMBILAS
Claim number:    207385-GQ
Loss date:           July 14, 2024

Dear Mr. Leister,

We completed our review of this building loss reported to have occurred on July 14, 2024. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Nationwide General Insurance Company's opinion is this loss was caused by deterioration to the roof covering. We must respectfully advise you that your policy number ACP BP013230264167 does not provide coverage for this loss.

## About our decision

Our investigation indicates, through EFI GLobal engineering, that the roof has no wind damage.  The damage to the roof is age related deterioration consisting of a deteriorated roof coating, flaking of the roof coating and standing water.  Additionally deteriorated concrete tile have allowed water to enter the roof structure and rotted the underlaying roof sheathing.  The resulting damage to the interior ceiling tile is also excluded as the damage is not the result of a covered cause of loss to the exterior that created an opening for the water to enter.  The rotted sheathing is excluded as it is not from a specified cause of loss.  The deteriorated roof and resulting interior damages are not from a covered cause of loss, therefore no payments can be issued.

## Policy details

Your Businessowners policy states the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM PB0002 (ed. 01-18)

A. COVERAGES
   We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.
      3. COVERED CAUSES OF LOSS
         This Coverage Form insures against direct physical loss unless the loss is:
            a. Excluded in Section B. EXCLUSIONS;
            b. Limited in paragraph A.4. LIMITATIONS in this section; or
            c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

### 4. LIMITATIONS

a. We will not pay for loss of or damage to:

   (6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether ' driven by wind or not, unless:

   (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

### 5. ADDITIONAL COVERAGES

t. **Limited Coverage for Fungi, Wet Rot Or Dry Rot**

   (1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   (2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

   (a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

   (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

   (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   h. **Fungi, Wet Rot Or Dry Rot**

   Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   (1) When "fungi", wet rot or dry rot result from fire or lightning; or

   (2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   l. **Other Types Of Loss**

   (1) Wear and tear;

   (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (4) Settling, cracking, shrinking or expansion;

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause

of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    a. **Weather Conditions**

        Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

    c. **Negligent Work**

        Faulty, inadequate or defective:

            (1) Planning, zoning, development, surveying, siting;

            (2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

            (3) Materials used in repair, construction, renovation or remodeling; or

            (4) Maintenance;

        of part or all of any property on or off the described premises.

## E. PROPERTY LOSS CONDITIONS

    4. **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

        a. There has been full compliance with all of the terms of this insurance; and

        b. The action is brought within two year after the date on which the direct physical loss or damage occurred.

## H. PROPERTY DEFINITIONS

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

    11. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    23. **"Specified Causes of Loss"** means the following:

    Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

        a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

            (1) The cost of filling sinkholes; or

            (2) Sinking or collapse of land into manmade underground cavities.

        b. Falling objects does not include loss of or damage to:

            (1) Personal property in the open; or

            (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

        c. Water damage means:

            (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

            (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

        But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the

breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

The policy is modified as noted below:
**FLORIDA AMENDATORY ENDORSEMENT PB9009 (ED. 12-22)**
**E. AMENDMENTS TO THE PROPERTY**
>7. Under Section E. PROPERTY LOSS CONDITIONS, 4. Legal Action Against Us, paragraph b. is replaced by the following:
>>b. Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 614-677-0185 or OXENBM1@nationwide.com.

Sincerely,

Mark Oxenberg FL License #W525011
Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068

cc
SATELLITE AGY NETWRK TAMPA BAY
Todd RAMBILAS

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.



**ROOFING**

9500 SATELLITE BLVD, SUITE 150
ORLANDO, FL 32837
License # CCC1332221



PLAINTIFFS'
EXHIBIT
**B**

## Contract Agreement

**Attention: Jason Leister**                                        January 21st, 2025

Project Name: Edgewater Dr
Project Address: 6239 & 6249 Edgewater Dr, Orlando, 32810

As per your request; The following proposal outlines CFL Roofing, Inc.'s scope of work to install a mechanically-fastened 60 mil TPO roofing system with a half-inch layer of High-Density Fiberboard over approximately 29,600 square feet including waste and parapet walls. Install concrete barrel tile roofing system over approximately 5,400 square feet including waste.

## Scope of work:

- Obtain associated permits for project.

- Perform a pre-job rooftop inspection with a representative of the building owner.

- Perform required safety inspection and installation of all safety equipment per OSHA and current CFL Roofing, Inc. guidelines.

- Remove and dispose of existing gravel on 1 building section (approximately 4,800 square feet) with Hydrovac.

- Clean and prep substrate on gravel building section.

- Tear off existing roof down to lightweight concrete substrate (metal decking exists beneath).

- Mechanically fasten new half-inch layer of GAF HD Fiberboard to substrate.

- Mechanically fasten new GAF 60 millimeter TPO membrane over the newly-installed HD Fiberboard.

- The sheet spacing will be ten (10') on center.

- Adjacent sheets will overlap a minimum of 3". The seams will be bonded together using hot air-weld technique.

- Replace existing and add where necessary gutter, downspout, scupper and collector head system.

- Perimeter walls - Install membrane directly to the prepared surface. The membrane will be fully-adhered and run up the wall.

- Install crickets to taper towards scuppers and gutters as needed.

- Bring 9 existing A/C units up to code. Replace A/C metal enclosures/"doghouses" where needed.

- Flash A/C curbs and install pitch-pockets where needed.

- Supply and install new HIGH-TEMP PEEL & STICK and fasten using approved fasteners per state secondary water barrier codes on tile sections.

- Clean and re-seal to existing wall flashing, new galvanized "L"-flashing will be installed at all roof / fascia transitions on tile sections.

- Install Ridge / Hip / Rake cap for tile roofing.

- Install bird stop – Eave closure strip for tile roofing.

- Supply and install new CONCRETE TILE over newly installed high-temp underlayment and fasten per county and state specifications; on the color provided only by the Chart Color.

- Inspect the decking and replace any deteriorated wood for an additional $50.00 per plywood deck sheet.

- Complete clean-up of roofing materials and rooftop debris.

<u>Related Work</u>

Included are current necessary safety equipment and procedures to meet OSHA and CFL Roofing guidelines.

<u>Non-Related Work</u>

CFL Roofing will not be responsible for any electrical, plumbing or HVAC modifications necessary to complete the newly installed roofing system.

CFL Roofing will not be responsible for any additional costs involved with protective covering or disconnection of any electrical lines necessary to complete the new roofing system.

CFL Roofing will not be responsible for the detection, abating or disposing of any hazardous materials associated with the installation of the new roofing system.

CFL Roofing will not be responsible for realignment or recalibration of charges of any rooftop satellite dishes or lightning protection systems necessary to complete the new roofing system.

## *<u>Warranty</u>*

**Twenty (20) year GAF Diamond Pledge NDL (No Dollar Limit) warranty for the TPO and Limited Lifetime manufacturer warranty on Tile materials.**

## <u>CONTRACTOR AGREEMENT</u>

**This Agreement** made the **21st day of January 2025**, by and between **CFL ROOFING INC.** hereinafter called the contractor and **EMMA II LLC** hereinafter called the owner.

**Witnessed,** that the contractor and the owner for the considerations named agree as follows:

### Article 1. Scope of work

The contractor shall furnish all of the materials and labor to perform all of the work on the estimate annexed hereto as it pertains to work to be performed on property at 6239 & 6249 Edgewater Drive, Orlando, FL 32810.

### Article 2. Time of completion

The work to be performed under this contract shall be commenced within 5 days of delivery of project material/equipment. Project shall be substantially completed on or before 30 days after commencement; weather permitting. Time is of the essence.

### Article 3. The contract price

The owner shall pay the contractor for the materials and the labor to be performed under this contract for the sum of **Three Hundred Seventy-Seven Thousand Dollars ($377,000.00),** subject to additions and pursuant to change orders. Payments are to be made in U.S. funds.

## Article 4. Progress Payments

Payments of the Contract Price shall be paid in the manner following:

**$188,500.00**            Due upon execution of this agreement (50% deposit)

**$188,500.00**            Due upon completion of the scope of work in this agreement (50%)

Remainder (+ or – change orders) due at completion of the job (not at time of invoice) delay in payment will result in a $100.00 per day fee unless net term has been set. Contractor accepts cash, check, money order and credit card. If credit card is used a 3.5 % charge will be added to total owed.

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAWS (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENTS AGAINST YOUR PROPERTY. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN REALZE OF LIEN FROM ANY PERSONS OR COMPANY THAT HAS PROVIDED YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAWS ARE COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

CHAPTER 558 NOTICE OF CLAIM: CHAPTER 558, FLORIDA STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THE CONTRACT A WRITTEN NOTICE REFERRING TO CHAPTER 588 OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE

**SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.**

**Article 5. General Provision**

Any alteration or deviation from the above specifications, including but not limited to any such alterations or deviation involving additional material and/or labor costs, will be executed upon a written order for same, signed by Owner and Contractor, and if there is any charge for such alteration or deviation, the additional charge will be added to the contract price of this contract.

No writing on or alteration to this contract from anyone other than CFL authorized employee will be enforce- able and this contract shall prevail over any other contract in place.

If payment is not made when due, Contractor may suspend work on the job until such time as all payments due have been made. A failure to make payment for a period in excess of ten days from the due date of the payment shall be deemed a material breach of this contract.

**In addition, the following provisions apply:**

1. All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.

2. The contractor shall furnish a description of the work to be done and description of material to be used and the equipment to be used or installed, and the agreed consideration of the work.

3. To the extent required by law, all work shall be performed by individuals duly licensed and authorized by law to perform said work.

4. Contractor may at its discretion engage subcontractors to perform work hereunder, provided Contractor should fully pay said subcontractor and in all instances remain responsible for the proper completion of the Contract.

5. Contractor shall furnish owner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment shall be due.

6. All changed orders shall be in writing and signed both by owner and contractor, and shall be incorporated in, and become a part of the contract.

7. Contractor warrants it is adequately insured for injury to its employees and others incurring loss or injury as a result of the acts of the Contractor or its employees or subcontractors.

8. Contractor shall at its own expense obtain all permits necessary for the work to be performed.

9. Contractor agrees to remove all debris and leave the premises in broom-clean condition. Contractor shall not be responsible for injury or damage as a result of nails or debris on ground after work completion.

10. In the event owner shall fail to pay any periodic or installment payment due hereunder, contractor may cease work without breach pending payment or resolution of any dispute. If full amount of contract and change orders are not paid warranty will be voided.

11. Contractor shall not be liable for any delay due to circumstance beyond its control including strikes, casualty, or general unavailability of materials and/or weather conditions.

12. Manufacturer warrants material defects and workmanship for 20 years on labor & materials for TPO. Manufacturer warrants material defects for lifetime on materials.

13. Customer agrees to pay all costs of collecting or securing, or attempting to collect or secure this account, including reasonable attorney's fees, lien fees, etc. Whether the same is to be collected by suit or otherwise. A service charge of 1.5% per month (18% per annum) shall be charged on all accounts which have a balance of thirty days. In the event of litigation, the prevailing party shall be entitled to reasonable attorney's fees plus Court costs, including such fees and costs in any appellate proceedings.

14. Client agrees Contractor will have access to property for work Monday through Sunday 7:00am – 7pm. Except on Federal Holidays.

15. Contractor shall not be responsible for damages that include but are not limited to cracked or stained driveways, broken bushes, broken limbs, dead flowers, and/or fallen, damaged, or broken fixtures including interior items. Not responsible for any Items inside the structure due to any reason, leaks, vibration, movement, etc.

16. Contractor will present change order for additional work if necessary. If change order is not signed, then work will commence and charges will be added to contract.

17. Dumpster on site is for contractor use only, any debris placed inside dumpster shall be the financial responsibility of the owner.

18. Contractor will not be responsible for leaks or damages during or after the roofing process due to misuse, abuse, and other acts of God.

19. Contractor shall not be responsible for damage / or removal and replacement of any of the following: gas line, A/C lines, electrical wiring, plumbing, satellite, gutters, down spouts.

20. Any materials not used on project is the property of the contractor, unless otherwise in writing between the owner and contractor.

**CFL Main Office:**             407-917-7663

                                                     ext. 301

*Operations Assistant:*      Crystal Rivera

*General Manager:*           Christina Glover     ext. 302

*Estimator:*                 Natalie Jebailey     ext. 303

*President:*                 John Jebailey        ext. 304

Signed this _____day of _____2025. Signed in the presence of:

_____                    _____

Print Name  (EMMA II LLC)                                           Print Name of Contractor (CFL Roofing Inc.)

_____                    _____

Signature   (EMMA II LLC)                                            Signature of Contractor (CFL Roofing Inc.)

This contract is not valid until reviewed and signed by contractor of CFL Roofing Inc.

Rev. 1-21-2025